IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

        Plaintiff,                    No. CIV S-04-1528 LKK CMK P

    vs.

SAN JOAQUIN JAIL, et al.,

        Defendants.            ORDER

_____/

        On February 2, 2006, plaintiff filed a "Request for Declaration of Judgment." This action was dismissed on December 20, 2005. Documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 9, 2006.

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE